3 A.3d 667

**COMMONWEALTH of Pennsylvania ex rel. Stanley REBERT, Petitioner**

v.

**Stephen D. RAMBLER, Respondent.**

Supreme Court of Pennsylvania.

Aug. 26, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of August 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

The Superior Court erred as a matter of law when it vacated the trial court's order on the basis that a federal conviction for felony mailing of extortionate communications did not constitute an infamous crime.